# Exhibit B (Email from Embassy)

**2:56**

◀ YouTube

Dear Consular Officers, Please see attached the ne...

**ACSIstanbul, C...** 2:32 PM
to me, CaseDocuments ⌄

Hello,

We have reviewed the documentation you have provided. Unfortunately, we are unable to confirm the amount of time you have physically spent in the U.S. based on the records you have provided. Please forward us the entry/exit records results from your FOIA (freedom of information act). You can obtain this information from Customs and Borders Protection (CBU).

I'm also including a letter again clarifying which documents can help prove your physical presence. We will hold your application for 90 days.

Respectfully,

**American Citizen Services | Amerikan Vatandaşlık Birimi
U.S. Consulate General Istanbul, Türkiye
T**

U.S. Citizen Services in Türkiye: https://tr.usembassy.gov/services/
COVID-19 information:  https://tr.usembassy.gov/covid-19-information-2/
Enroll in STEP to receive health and security updates: https://step.state.gov/

**From:** gabrielle hashem <gabriellekourtis@gmail.com>